March 5, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

ALANDUS WEAVER AND JOYCE WEAVER, Appellants

NO. 14-12-00636-CV                                                V.

SIGNAD OUTDOOR AND SIGNAD LTD., Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on April 10, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, jointly and severally, Alandus Weaver and Joyce Weaver.

We further order this decision certified below for observance.